# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Chad Teixeira</u>
        Plaintiff

    V.

<u>Quality Beverage Limited Partnership</u>
        Defendant

CIVIL ACTION

NO. <u>18-11589-NMG</u>

## ORDER OF DISMISSAL

<u>Gorton, D. J.</u>

In accordance with the Court's Memorandum and Order dated <u>1/3/2019</u> Granting Defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>1/4/2019</u>
    Date

<u>/s/ Christina McDonagh</u>
Deputy Clerk